ACCEPTED
03-15-00442-CR
7638204
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 12:37:42 PM
JEFFREY D. KYLE
CLERK

<u>**Cause No. 03-15-00442-CR**</u>

| | | |
|---|---|---|
| **MARISSA CALDERON**<br>**APPELLANT** | § | **IN THE THIRD COURT** |
| **vs.** | § | **OF APPEALS** |
| **STATE OF TEXAS**<br>**APPELLEE** | § | **TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 12:37:42 PM
JEFFREY D. KYLE
Clerk

## <u>SECOND MOTION FOR CONTINUANCE</u>

COMES NOW Raymond Espersen Counsel for Marissa Calderon and respectfully Requests this his second continuance.

Appellant's first continuance was from September 3, 2015 until November 3, 2015, Appellants counsel would respectfully request an extension of 90 days from November 3, 2015 until February 3, 2015

Appellant's counsel has had a particularly busy trial docket to include

<u>State of Texas vs. Keely Lynn Seago</u> D1 DC 15-100192 Continuous Sexual Abuse of a Child

And <u>State of Texas Hugo Isaac Rodriguez</u> D1 DC 14-900032 Indecency with a Child Set November 20, 2015

Respectfully submitted,

_____
Raymond Espersen
State Bar No. 06667550
316 W. 12th St STE 101B
Austin, Texas 78701
Telephone (512) 472-6166
Attorney for Appellant

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of this Motion for Continuance had been served on the Travis County Attorney's Office on November 2, 2015 via facsimile transmission at (512)854-9316.

_____
Raymond Espersen